# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3162
_____

SCHMERTZ PIERRE-LOUIS JR.,

Appellant,

v.

STATE OF FLORIDA and MARK S.
INCH, Secretary, Florida
Department of Corrections,

Appellees.

_____


On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

October 4, 2019


PER CURIAM.

AFFIRMED.

RAY, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Schmertz Pierre-Louis Jr., pro se, Appellant.

Ashley Moody, Attorney General, Michael McDermott, Assistant Attorney General, Tallahassee, and Kenneth S. Steely, General Counsel for Department of Corrections, Tallahassee, for Appellees.